1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   Rachael Raymon Gilmer, FL Bar No. 0887331
2  LEVIN, PAPANTONIO, THOMAS,
     MITCHELL, ECHSNER & PROCTOR, P.A.
3  316 South Baylen Street, Suite 600 (32502)
   P. O. Box 12308
4  Pensacola, Florida 32591
   Telephone: (850) 435-7080
5  Facsimile: (850) 435-7020

6  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699 |
|---|---|
| | District Judge: Charles R. Breyer<br>Magistrate: |

| RICHARD REITMEYER, individually, | Case No. C 07 1827 CRB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF RICHARD REITMEYER, INDIVIDUALLY |
| v. | |
| PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO., | |
| Defendants. | |

Comes now the Plaintiff, Richard Reitmeyer, individually ("Plaintiff"), and Defendants Pfizer, Inc., Pharmacia, Corp., and G.D. Searle & Co. ("Defendants"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of the plaintiff Richard Reitmeyer's claims without prejudice with each side bearing its own attorneys' fees and costs.

This Stipulation and Order, does not affect any claims on behalf of the following named Plaintiffs:

1. Louis Maclean, Case No. C 07 1827 CRB
2. Shirley Motley, Case No. C 07 1827 CRB
3. Elmer Murry, Case No. C 07 1827 CRB
4. Odis Payne, Case No. C 07 1827 CRB
5. Dolly Price, Case No. C 07 1827 CRB
6. Carmen Pomales, Case No. C 07 1827 CRB
7. John Slaybaugh, Case No. C 07 1827 CRB
8. Greg Rhoades, Case No. C 07 1827 CRB
9. Ardella Sims, Case No. C 07 1827 CRB
10. Katherine Sinnett, Case No. C 07 1827 CRB
11. William Skipper, Case No. C 07 1827 CRB
12. Charles Tautfest, Case No. C 07 1827 CRB
13. Jerry Trussel, Case No. C 07 1827 CRB
14. John Vasquez, Case No. C 07 1827 CRB
15. Daniel Visher, Case No. C 07 1827 CRB
16. Danny Ward, Case No. C 07 1827 CRB
17. Betty Weyand, Case No. C 07 1827 CRB
18. Monica Williams, Case No. C 07 1827 CRB
19. Veronica Carloss Crow on behalf of Estate of Dewey Carloss, Case No. C 07 1827 CRB
20. Mary S. Malone on behalf of the Estate of Bobby Malone, Case No. C 07 1827 CRB
21. Belinda Taylor on behalf of the Estate of Robert Taylor, Case No. C 07 1827 CRB
22. Vikki L. Wells on behalf of the Estate of Dwight Wells, SR, Case No. C 07 1827 CRB

Plaintiff agrees to re-file any and all claims against Defendants, in a United States District Court.

Dated: June 16, 2007

Respectfully submitted

By: _____

Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES, LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801
    Attorney for the Defendants

Dated: June 12, 2007

Respectfully submitted

By: _____

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael M. Raymon, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
  MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020
    Attorneys for Plaintiff

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this ___ day of __July 9__, 2007, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire