# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL ANTITRUST LITIGATION<br>_____<br>This document relates to:<br>ALL INDIRECT PURCHASER ACTIONS. | Master File No. M 07-1827 SI<br><br>MDL. No. 1827<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY** |

[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL L.R. 4-2

1  This matter came before the Court pursuant to Civil Local Rule 7-11. Having
2  considered the Request, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:
3  Plaintiff's request for issuance of letters rogatory for the purpose of effecting
4  service of process on Defendants AU Optronics and Chi Mei Optoelectronics in Taiwan is
5  GRANTED.

7  Dated: December ____, 2007

           _____
           The Honorable Susan Illston
           United States District Judge

-1-
[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL L.R. 4-2