Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 07 1827 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| LOUIS MACLEAN, individually,<br>SHIRLEY MOTLEY, individually,<br>ELMER MURRY, individually,<br>ODIS PAYNE, individually,<br>DOLLY PRICE, individually,<br>CARMEN POMALES, individually,<br>JOHN SLAYBAUGH, individually,<br>GREG RHOADES, individually,<br>KATHERINE SINNETT, individually, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

WILLIAM SKIPPER, individually,
CHARLES TAUTFEST, individually,
DANNY WARD, individually,
JERRY TRUSSEL, individually,
JOHN VASQUEZ, individually,
MONICA WILLIAMS, individually,
VERONICA CARLOSS CROW on behalf of the
ESTATE OF DEWY CARLOSS,
MARY MALONE on behalf of the ESTATE OF
BOBBY MALONE
BELINDA TAYLOR on behalf of the ESTATE OF
ROBERT TAYLOR, and
VIKKI L. WELLS, on behalf of the ESTATE OF
DWIGHT WELLS, SR..

Plaintiffs,

vs.

Pfizer, Inc., et al.

Defendants.

Come now the Plaintiffs, LOUIS MACLEAN, SHIRLEY MOTLEY, ELMER MURRY, ODIS PAYNE, DOLLY PRICE, CARMEN POMALES, JOHN SLAYBAUGH, GREG RHOADES, KATHERINE SINNETT, WILLIAM SKIPPER, CHARLES TAUTFEST, DANNY WARD, JERRY TRUSSEL, JOHN VASQUEZ, MONICA WILLIAMS, VERONICA CARLOSS CROW on behalf of the ESTATE OF DEWY CARLOSS, MARY MALONE on behalf of the ESTATE OF BOBBY MALONE, BELINDA TAYLOR on behalf of the ESTATE OF ROBERT TAYLOR, and VIKKI L. Wells, on behalf of the ESTATE OF DWIGHT WELLS, SR., and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: July 2, 2009

By: _____

Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
*Attorneys for Plaintiff*

DATED: August 6, 2009

By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009

Hon. Charles R. Breyer
United States District Court